UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KINGSVISION PAY-PER-VIEW CORP., LTD.,
as Broadcast Licensee of the December 13, 2003
Back to Back to Back Program,

                      Plaintiff,

                                                  ORDER
   -against-                              04 CV 1693 (ILG) (SMG)

JOHN E. RAMSAMMY, et al.,

                      Defendants.
-----------------------------------------------------------x
GLASSER, United States District Judge:


Following the entry of summary judgment on liability, the matter was referred to

Magistrate Judge Pohorelsky for a Report and Recommendation regarding the amount

of damages and attorney's fees to be awarded plaintiff.   That Report and

Recommendation, dated November 4th, 2005, advised the defendant that objections to

it, if any, were to be filed and served within 10 days of receipt, and that failure to do so

may be regarded as a waiver of the right to appeal.  As of this date, no objection has been

filed.

The Report and Recommendation, which thoroughly reviewed the facts and the

controlling authorities is, after due consideration, hereby adopted in its entirety and

incorporated by reference to it.  Accordingly, it is hereby ordered that statutory damages

in the amount of $3,330, and attorney's fees and costs in the amount of $2,852.50, for a

total sum of $6,182.50 be awarded in favor of the plaintiff and against the defendants.

Counsel for the plaintiff shall serve a copy of this order on the defendants by regular

mail and file proof of such service in the record.

SO ORDERED.

Dated:     Brooklyn, New York
           December 2, 2005


                              S/ _____
                                 I. Leo Glasser